**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Hon. Charles A. Riddle, III
Attorney at Law
P. O. Box 608
Marksville La 71351

**REHEARING ACTION: June 5, 2013**

**Docket Number: 12   01153-CA**

**RHETT HAYES**
**VERSUS**
**BRITTANY MARIE GUNN**

**Appealed from Avoyelles Parish Case No. 2010-5740-B**

<u>**BEFORE JUDGES**</u>:

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rhett A. Hayes** has this day been

    **DENIED.**
    Cooks, J., would grant the rehearing.

cc: Ricky L. Sooter, Counsel for the Appellee